UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____
| Pan-American Life Insurance Company, | ) |
| Vista Life & Casualty Reinsurance Company, | ) |
| and Vista PC 3.19 IC, Inc. | ) 20-CV-09236-ALC |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Antarctica Capital Management, LLC | ) |
| Antarctica Vista Legacy Investment, LLC, | ) |
| and DLA Piper, LLP. | ) |
| | ) |
| Defendants. | ) |
_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/4/2021

**ANDREW L. CARTER, JR., United States District Judge:**

This matter is before the Court on the parties' Joint Motion for Briefing Schedule. The Motion is GRANTED, and the following deadlines are hereby set:

February 24: Deadline to file Second Amended Complaint.

March 25: Deadline for defendants to file answers or file dipositive motions.

April 26: Deadline for plaintiffs to file responses to any dispositive motions.

May 17: Deadline for defendants to file reply briefs on any dispositive motions.

**SO ORDERED.**
Dated: New York, New York
    February  4 , 2021

_____
ANDREW L. CARTER, JR.
United States District Judge

{N4169248.1}